LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
 enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
 heather.auyang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, CA 94080
Telephone: (650) 422-2130
Facsimile: (213) 612-3773

LEE TRAN & LIANG LLP
Timothy S. Fox (SBN 280918)
 timothy.fox@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Defendants
TP-LINK USA Corporation and
TP-LINK Research Institute USA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE ARROYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, a California corporation, TP-LINK RESEARCH INSTITUTE USA CORPORATION, a California corporation,<br><br>Defendants. | CASE NO.: 5:14-CV-04999-(PSG)<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [DKT 1]** |

WHEREAS, Defendants TP-LINK USA Corporation and TP-LINK Research Institute USA Corporation (collectively "Defendants") have acknowledged service of Plaintiff Joe Arroyo's ("Plaintiff") complaint, summons, and supporting documents.

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Civil Local Rule 6-1, Plaintiff and Defendants, through their counsel, hereby stipulate and agree that the deadline for Defendants to answer, move, or otherwise respond to the complaint filed by Plaintiff on November 12, 2014 (Dkt. No. 1), is further extended to and including January 21, 2015. This stipulation will not alter the date of any event or deadline already fixed by Court order.

Dated:  December 15, 2014   **EDELSON PC**

By:  /s/ Ari Scharg
Ari Scharg
Attorneys for Plaintiff Joe Arroyo

Dated:  December 15, 2014   **LEE TRAN & LIANG LLP**

By:  /s/ Enoch H. Liang
Enoch H. Liang
Attorneys for Defendants
TP-LINK USA Corporation and TP-LINK
Research Institute USA Corporation

STIP. RE TIME TO RESPOND TO COMPL.
Case No. 5:14-cv-04999-(PSG)            2

## **ATTESTATION CLAUSE**

I, Enoch H. Liang, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that counsel for Plaintiff Joe Arroyo has concurred in the filing of this document.

Dated: December 15, 2014          **LEE TRAN & LIANG LLP**

By: /s/ Enoch H. Liang
      Enoch H. Liang
      Attorneys for Defendants
      TP-LINK USA Corporation and TP-LINK
      Research Institute USA Corporation