Samuel Lasser (SBN - 252754)
meisen@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, CA 94115
Tel: 415.994.9930
Fax: 415.776.8047

Rafey S. Balabanian*
rbalabanian@edelson.com
Ari J. Scharg*
ascharg@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
Alicia E. Hwang*
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted *Pro hac vice*

*Attorneys for Plaintiff Joe Arroyo and
the Putative Class*

LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, CA 94080
Telephone: (650) 422-2130
Facsimile: (213) 612-3773

LEE TRAN & LIANG LLP
Timothy S. Fox (SBN 280918)
timothy.fox@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Defendants
TP-LINK USA Corporation and
TP-LINK Research Institute USA Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOE ARROYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, a California corporation, TP-LINK RESEARCH INSTITUTE USA CORPORATION, a California corporation, | No. 5:14-CV-04999-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Edward J. Davila<br><br>[Local Rule 6-2] |

Pursuant to Local Rule 6-2, the Parties hereto, through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff Joe Arroyo ("Plaintiff") filed his Class Action Complaint on November 12, 2014 (Dkt. 1);

WHEREAS, Defendants TP Link USA Corporation and TP-Link Research Institute USA ("Defendants") filed a Motion to Dismiss the Complaint and supporting Memorandum on January 21, 2015 (Dkt. 25);

WHEREAS, Plaintiff's Opposition to Defendants' Motion to Dismiss is presently due on Febuary 4, 2015 and Defendants' reply in support of their Motion to Dismiss is presently due on February 11, 2015, and a hearing on the motion is scheduled for May 7, 2015 at 9:00 a.m. before Judge Edward J. Davila;

WHEREAS, the Parties' Case Management Conference is currently scheduled to take place on April 23, 2015 at 10:00 a.m. before Judge Edward J. Davila;

WHEREAS, on January 23, 2015, counsel for Plaintiff conferred with counsel for Defendants and requested, subject to Court approval, a fourteen (14) day extension to prepare and file Plaintiff's opposition brief. Such an extension is warranted given that counsel for Plaintiff has two separate oral arguments scheduled before the Ninth Circuit during the week of February 2, 2015, and requires time to prepare for attend such hearings. Counsel for Defendants granted the request, subject to Court approval, provided that they receive a corresponding extension for their reply brief.

WHEREAS, further, the Parties believe that judicial economy would be best served by continuing the Case Management Conference until after Defendants' Motion to Dismiss has been heard;

WHEREAS, the Parties stipulate and agree, subject to Court approval, to adjust the briefing schedule on Defendants' pending Motion to Dismiss and respectfully request to reset the Case Management Conference as follows:

## STIPULATION

1. The Parties, by and through their undersigned counsel, respectfully request that the Case Management Conference be reset to June 11, 2015;

2. Plaintiff's time in which to file his Opposition to Defendants' Motion to Dismiss is extended to February 18, 2015;

3. Defendants' time in which to file their reply is extended to March 4, 2015.

4. The dates requested in this stipulation will not interfere with any other dates previously set by order of the Court.

5. All Parties agree to the stipulation as indicated by their signatures below. The Parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon. A Proposed Order is filed herewith.

Respectfully submitted,

EDELSON PC

Dated: January 29, 2015                     By: /s/ Alicia E. Hwang

Alicia E. Hwang
Attorney for Plaintiff


LEE, TRAN & LIANG LLP

Dated: January 29, 2015                     By: /s/ Heather F. Auyang

Attorney for Defendants

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 29, 2015

/s/ Alicia E. Hwang
Alicia E. Hwang

**[PROPOSED ORDER]**

**[PROPOSED ORDER]**

The Court, having considered the above joint request and good cause appearing therefore, HEREBY ORDERS that:

Plaintiff shall have until February 18, 2015 to file his Opposition to Defendants' Motion to Dismiss and Defendants shall have until March 4, 2015 to file their Reply in support;

The Initial Case Managament Conference will be held on ___June 11___, 2015 at 10:00 a.m. A Joint Case Management Conference statement is due on or before June 4, 2015.

IT IS SO ORDERED.

Dated: ___1/30/2015___

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE