LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
  enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, CA 94080
Telephone: (650) 422-2130
Facsimile: (213) 612-3773

LEE TRAN & LIANG LLP
Timothy S. Fox (SBN 280918)
  timothy.fox@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Defendants
TP-LINK USA Corporation and
TP-LINK Research Institute USA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE ARROYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, a California corporation, TP-LINK RESEARCH INSTITUTE USA CORPORATION, a California corporation,<br><br>Defendants. | CASE NO.: 5:14-CV-04999-EJD<br><br>**DEFENDANT TP-LINK RESEARCH INSTITUTE USA CORPORATION'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-16 CERTIFICATION OF INTERESTED PARTIES** |

**FEDERAL R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TP-LINK Research Institute USA Corporation ("TPRI") states as follows:  TPRI hereby identifies the following corporate parent organized under the laws of the Republic of China:  TP-LINK Technologies Co., Ltd.  TPRI has no publicly held corporation owning 10% or more of its stock.

**CIVIL L.R. 3-16 CERTIFICATION**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated:  May 22, 2015               **LEE TRAN & LIANG LLP**

By:   /s/ Enoch H. Liang
     Enoch H. Liang
     Heather F. Auyang
     Timothy S. Fox
     Attorneys for Defendants
     TP-LINK USA Corporation and TP-LINK
     Research Institute USA Corporation